FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8464

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Arturo SANCHEZ Jr. | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 26, 2008, within the Southern District of California, defendant Arturo SANCHEZ Jr. did knowingly and intentionally import approximately 29.22 kilograms (64.28 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 27th DAY OF MAY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Arturo SANCHEZ Jr.

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy L. Henderson.

On May 26, 2008, Arturo SANCHEZ Jr. entered the United States at the Calexico, California East Port of Entry. SANCHEZ was the driver of a Volkswagen passenger car registered in his name. Customs and Border Protection Officer (CBPO) A. Cuellar received a negative Customs declaration from SANCHEZ. CBPO CUELLAR referred SANCHEZ for secondary inspection.

Once in secondary, CBPO R. Ramos continued the inspection of SANCHEZ. CBPO Ramos received a second negative Customs declaration from SANCHEZ. A search of the Volkswagen resulted in the recovery of 19 packages containing a white powdery substance. A sample of the powder field-tested positive for cocaine. The total weight of the packages was 29.22 kilograms.

Special Agent (S/A) Timothy Henderson interviewed SANCHEZ. S/A Henderson read SANCHEZ his constitutional rights per Miranda in English. SANCHEZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

SANCHEZ stated that he had been told that marijuana would be in the VOLKSWAGEN. SANCHEZ said that he would be paid to cross the Volkswagen into the United States.