FILED
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2084-L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| ARTURO SANCHEZ, JR., | ) | (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about May 26, 2008, within the Southern District of California, defendant ARTURO SANCHEZ, JR., did knowingly and intentionally import 5 kilograms or more, to wit: approximately 29.22 kilograms (64.28 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:   June 23, 2008   .

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
6/23/08