## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Arturo Sanchez, Jr.                    No.  08cr2084-L

HON.  Louisa S. Porter            Tape No.  POR08-1:10:34-10:40 (3m)

Asst. U.S. Attorney  Matt Wagner            PTSO

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Norma Aguilar, FD | X | Apt | __ | Ret | for Sanchez, Jr. | (1) | (C) |
|  |  | __ | Apt | __ | Ret | for __ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for __ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for __ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for __ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for __ | ( ) | ( ) |
|  |  | __ | Apt for Material Witness(es) |  |  |  |  |  |

PROCEEDINGS:     ___ In Chambers     X  In Court     ___ By Telephone

Government's oral motion to dismiss as to Arturo Sanchez, Jr. - Granted w/out prejudice.
Abstract issued to USM.

Date  August 7, 2008                    R. F. Messig
                                        Deputy's Initials