# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08CR 2084-L
vs )   ABSTRACT OF ORDER
Arturo Sanchez, Jr. )   Booking No. 4744179

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/7/08 the Court entered the following order:

_____ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.
_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
       _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
__✓__ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
__✓__ Other. Defendant to remain in custody on 08CR2579-L

LOUISA _____
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

Received _____
DUSM

Crim-9  (Rev 6-95)                                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY                                              R. F. MESSIG