UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Arturo Sanchez, Jr.,<br><br>　　　　　　　Defendant. | CASE NO. 08cr2084-L<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case (08cr2529-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 7, 2008

_____
Louisa S. Porter
UNITED STATES DISTRICT JUDGE

I have executed within __Judgment of dismissal__ ENTERED ON _____
Judgement and Commitment on 8/8/8

United States Marshal

By: _____
USMS Criminal Section

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| U.S.A. vs. | Arturo Sanchez, Jr. | | No. | 08cr2084-L |
| HON. | Louisa S. Porter | | Tape No. | POR08-1:10:34-10:40 (3m) |
| Asst. U.S. Attorney | Matt Wagner | | PTSO | |

| Atty | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Norma Aguilar, FD | X | Apt | ___ Ret | for | Sanchez, Jr. | (1) | (C) |
| | | ___ | Apt | ___ Ret | for | | ( ) | ( ) |
| | | ___ | Apt | ___ Ret | for | | ( ) | ( ) |
| | | ___ | Apt | ___ Ret | for | | ( ) | ( ) |
| | | ___ | Apt | ___ Ret | for | | ( ) | ( ) |
| | | ___ | Apt | ___ Ret | for | | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

Government's oral motion to dismiss as to Arturo Sanchez, Jr. - Granted w/out prejudice.
Abstract issued to USM.

Date   August 7, 2008

R. F. Messig
Deputy's Initials